Exhibit A to the Complaint

**Location:** Brooklyn, NY  **IP Address:** 70.107.91.116
**Total Works Infringed:** 45  **ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 29622F896345C931E53BE326EB57ADCFBB39231A | 07/14/2025 16:31:45 | Tushy | 03/06/2022 | 03/29/2022 | PA0002342854 |
| 2 | 61f216d8ac2ebe704c57b83b3a29825ad2591582 | 07/14/2025 16:26:43 | Vixen | 06/19/2020 | 06/25/2020 | PA0002256361 |
| 3 | 37675CC75D17AE6D631A26EC85045B9B9340C21C | 07/11/2025 17:12:00 | Tushy | 07/06/2025 | 07/08/2025 | PA0002539168 |
| 4 | 25A0A1A9F3D732F17FCCBEF5B9F11856C82F1BE6 | 07/07/2025 18:29:26 | TushyRaw | 08/20/2024 | 09/18/2024 | PA0002490534 |
| 5 | FAFC12ABE75459B051D86E0F77CD7741070335AC | 07/02/2025 20:33:39 | Tushy | 11/21/2018 | 01/22/2019 | PA0002149838 |
| 6 | ae4a3998c4db163113a388c93f56a46b014feb2c | 09/19/2024 15:43:39 | Vixen | 05/09/2019 | 06/03/2019 | PA0002178768 |
| 7 | F6BFCC537421828CF91B7263757694EB8F8B228D | 09/05/2024 19:28:11 | Vixen | 01/19/2019 | 02/22/2019 | PA0002155139 |
| 8 | a7c5bc453d17d393412451b93f31af14f3040cdf | 09/03/2024 16:47:24 | Blacked | 05/09/2020 | 06/08/2020 | PA0002243649 |
| 9 | 3876820df2f37d072a42210e6c74bf1d895c4201 | 08/29/2024 16:22:14 | TushyRaw | 08/27/2024 | 09/18/2024 | PA0002490456 |
| 10 | 05206FC75E340DBAFCE447EA11C845296CCB6D33 | 08/27/2024 18:43:29 | Tushy | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 11 | aa2f4733117b0ffae0cb09e89eb64cfa20e10c07 | 08/26/2024 19:50:17 | Tushy | 12/27/2019 | 01/22/2020 | PA0002234861 |
| 12 | 0A134442563166C85C7B0C52966F50AB7B88840A | 08/26/2024 19:46:26 | Tushy | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 13 | 9ff612d85bbd5a570c5191372e7999fffc83aea3 | 08/21/2024 15:06:05 | TushyRaw | 11/29/2023 | 12/13/2023 | PA0002445424 |
| 14 | c9642005bd505d79d207ff774bdea1b1400eaf14 | 08/19/2024 20:13:09 | Vixen | 07/05/2024 | 07/16/2024 | PA0002480633 |
| 15 | 62e63caf5da07d23f0bb57af53c982f73cc8bf42 | 08/19/2024 19:46:01 | Blacked Raw | 08/10/2020 | 08/18/2020 | PA0002253097 |
| 16 | 728feeba350ec584bc7e9e2759a64f759e9b7855 | 08/19/2024 19:39:03 | Vixen | 01/04/2020 | 01/27/2020 | PA0002223959 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 05584ffd0396a5891b38b2578f6756cfff02f7e4 | 08/18/2024 22:39:57 | Tushy | 11/27/2019 | 01/03/2020 | PA0002233434 |
| 18 | e988f32a4a026517a0a44399972936390e9d48e0 | 08/17/2024 20:08:12 | TushyRaw | 08/13/2024 | 09/18/2024 | PA0002490536 |
| 19 | C3557EE4CAF9EE9D7E6D96D460C365D85D571058 | 08/14/2024 17:41:21 | Vixen | 07/03/2020 | 07/16/2020 | PA0002248578 |
| 20 | 9D758C58B83F8D9259DE154BB5538DAD0554CBE5 | 08/13/2024 19:29:01 | Tushy | 07/25/2019 | 08/22/2019 | PA0002195515 |
| 21 | 7DC5428D1EBD837307A66BC522B52C7F3CEE7870 | 08/13/2024 16:24:39 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |
| 22 | 5CDBC938026E69BB0AB5095CBDA1D40272137848 | 08/13/2024 16:21:20 | Vixen | 11/27/2020 | 11/30/2020 | PA0002266359 |
| 23 | 94681F93361866C25B301A4EFE1BB6A18EF70C0C | 08/13/2024 16:20:40 | Vixen | 05/06/2022 | 05/20/2022 | PA0002350383 |
| 24 | 1F9B47EAF9CB8170487BC4E9523C134710872A65 | 08/13/2024 16:14:20 | Tushy | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 25 | F4012B4273F32BBBB89E9B621DB3E8FB94C71C77 | 08/13/2024 16:12:03 | Tushy | 12/27/2020 | 01/05/2021 | PA0002269957 |
| 26 | 8af057a71b16809abb2373c92e2e7b42aa5699eb | 08/12/2024 00:22:31 | Tushy | 05/31/2019 | 06/17/2019 | PA0002181300 |
| 27 | 32f351a50923665facebb3e808a0821459057ea6 | 08/12/2024 00:16:25 | Tushy | 11/22/2019 | 12/03/2019 | PA0002232052 |
| 28 | cb0b165b1a4393c4763950ad1a326018b79283d5 | 08/12/2024 00:09:19 | Tushy | 08/19/2019 | 08/26/2019 | PA0002213301 |
| 29 | 72c871eba5ad6245d078adb9a41a798f2ec1e476 | 08/08/2024 20:58:55 | Tushy | 05/06/2018 | 06/19/2018 | PA0002126449 |
| 30 | bfca0daf342188f515ad8710955ac6aebadc45c3 | 08/07/2024 16:42:56 | Slayed | 12/26/2023 | 01/16/2024 | PA0002453475 |
| 31 | ab25ef96e6f72f546331a1cffef786a6ca92f532 | 08/06/2024 00:03:43 | Blacked Raw | 05/19/2023 | 06/09/2023 | PA0002415367 |
| 32 | 704925be0d695a819185142124c507240a0d1d3a | 07/31/2024 17:22:21 | Vixen | 06/12/2020 | 06/25/2020 | PA0002256359 |
| 33 | 2e3b85cfc48fa6b37b69a86c408deda0ccce4959 | 07/29/2024 17:01:40 | Tushy | 07/21/2024 | 08/14/2024 | PA0002484840 |
| 34 | 86db7b215f8c856bd5b24a8bac015f9226d9083f | 07/24/2024 19:17:36 | Tushy | 07/12/2020 | 07/20/2020 | PA0002248965 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 9E437758A5DACD67C7512743064E5EECB25B3ECE | 07/11/2024 16:58:47 | TushyRaw | 11/15/2023 | 12/13/2023 | PA0002445430 |
| 36 | 43382ddf14806e6ec25a39d31011d3fb1050355a | 06/14/2024 00:02:32 | Blacked Raw | 01/11/2021 | 02/26/2021 | PA0002283703 |
| 37 | 473D089CFF5050B7D46345B91244075D0473C03F | 06/13/2024 19:38:53 | Tushy | 08/29/2021 | 09/21/2021 | PA0002312672 |
| 38 | 6D6AB52D15EAE971210984948816080BACF334BD | 05/24/2024 23:25:43 | TushyRaw | 04/30/2024 | 05/09/2024 | PA0002470227 |
| 39 | 27d6172eafbcb08e6e6a524c678b16c11e2aba29 | 05/24/2024 20:34:09 | Tushy | 02/25/2018 | 03/01/2018 | PA0002079188 |
| 40 | d6099006b5f3573abe34ba444809c2bd09a40159 | 05/24/2024 07:39:53 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 41 | CED353AE09AEF6EFC3DFE4C5C2D0C31EF25384D4 | 05/23/2024 23:05:21 | Tushy | 09/03/2023 | 09/17/2023 | PA0002430895 |
| 42 | 1ABB2D36C859BAAC3390AB84836BB7C8E87969E9 | 02/07/2024 16:05:14 | TushyRaw | 08/16/2023 | 09/18/2023 | PA0002431113 |
| 43 | F4AC48F2AA7C9B1DDA4EF5D9CEE723FFF0F84978 | 02/07/2024 16:04:35 | Tushy | 06/11/2023 | 07/13/2023 | PA0002420360 |
| 44 | AA0429EBBE9E440CEACDBD0F1472DAC483E85145 | 01/17/2024 21:15:17 | Vixen | 03/10/2023 | 04/09/2023 | PA0002405759 |
| 45 | f02dea1737bcdf3fb15b965857400c31b1652543 | 01/08/2024 21:10:53 | Milfy | 07/26/2023 | 08/22/2023 | PA0002431040 |